■ In the Matter of ROBERT R. KAUFMAN.—Motion for reargument and reconsideration of application for reinstatement, or for alternative relief, denied in its entirety. Concur— Murphy, P. J., Kupferman, Sullivan, Carro and Milonas, JJ.

■ In the Matter of JOHN J. SEFFERN, a Suspended Attorney.—Motion granted to the extent of reinstating respondent as an attorney and counselor-at-law in the State of New York upon confirmation of (1) respondent's having made payment of restitution, as indicated in the order of this court, and (2) respondent's successful completion of a recognized Bar review course, and upon the further order of this court. Concur— Sandler, J. P., Sullivan, Carro, Asch and Milonas, JJ.